# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

───────────

No. 14-41060
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2015

Lyle W. Cayce
Clerk

───────────

MICHAEL HABINIAK,

      Plaintiff - Appellant

v.

MARIO E. RAMIREZ, JR., Judge; C. WESLEY KITTLEMAN, Attorney;
CARLOS YZAGUIRRE, Attorney; DAVID J. LUMBER, Attorney; JAMES P.
GRISSOM, Attorney; WILLIAM A. CSABI, Attorney; THE KITTLEMAN,
THOMAS ; GONZALEZ LAW FIRM; THE GUERRA LAW GROUP, P.L.L.C.;
TEXAS NATIONAL BANK; ARSENIO AFARO; HEIRBERTO ALANIZ;
HECTOR GUERRA, SR.; HECTOR GUERRA, JR.; CANDELARIO
ONTIVEROS; JOE QUIROGA; ABEL RODRIGUEZ; THE FEDERAL
DEPOSIT INSURANCE CORPORATION; THE OFFICE OF THE
COMPTROLLER OF THE CURRENCY; TEXAS NATIONAL BANK BOARD
OF DIRECTORS,

      Defendants - Appellees

─────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:14-CV-69

─────────────────

No. 14-41060

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.[1]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] Although we affirm the district court's judgment without a full opinion, we do add the following brief comment.  The appellant misconstrues the district court to have (1) held that the *Rooker-Feldman* doctrine precluded it from adjudicating all of his claims and (2) nevertheless considered the merits of those claims.  On the contrary, the district court did no such thing.  It held that *Rooker-Feldman* precluded it from considering some claims but not others, and it considered the merits of only those latter claims not barred by *Rooker-Feldman*. Therefore, the sole argument presented in this appeal is without merit.